UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VASTI MARIA DA SILVA JACKSON,<br><br>               Plaintiff,<br><br>    v.<br><br>STEVE KEITH NELSON,<br><br>               Defendant. | Case No. C22-53-RAJ<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff Vasti Maria Da Silva Jackson has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $402.00 filing fee. Accordingly, Plaintiff's application to proceed *in forma pauperis* (dkt. # 1) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk is directed to send copies of this order to the parties and to the Honorable Richard A. Jones.

Dated this 21st day of January, 2022.

                                                  MICHELLE L. PETERSON
                                                  United States Magistrate Judge