UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VASTI MARIA DA SILVA JACKSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVE KEITH NELSON,<br><br>　　　　　　Defendant. | Case No. C22-53-RAJ<br><br>ORDER |

Plaintiff Vasti Maria Da Silva Jackson has filed a document which she identifies as a "New Summons and Service Request" in the above-entitled action. (Dkt. # 14.) On February 8, 2022, the Clerk issued a summons for Defendant Steve Keith Nelson to Plaintiff. (Dkt. # 10.) Plaintiff now requests that this Court issue a new summons that omits her address and contact information because Plaintiff has a permanent restraining order against Defendant Steve Keith Nelson. (Dkt. # 14 at 1.) Plaintiff additionally indicates in her submission that Defendant is currently located at the Pierce County Jail in Tacoma, Washington and that she intends to serve him at that location via the Pierce County Sherriff's Office. (*Id.* at 1-2.) Plaintiff did not include with her submission a new summons for the Court to issue. (*See id.*)

ORDER - 1

Federal Rule of Civil Procedure 4(a)(1)(C) requires that a summons include "the name and address of the plaintiff's attorney or—if unrepresented—of the plaintiff." Fed. R. Civ. P. 4(a)(1)(C). Under Local Civil Rule 4(a), the party seeking the issuance of a summons by the Clerk is required to present the summons to the Clerk in the proper form, prepared for issuance, with sufficient copies for service. LCR 4(a). Here, Plaintiff is proceeding *pro se*, and therefore pursuant to Rule 4, Plaintiff's address must be included on the summons to Defendant. *See* Fed. R. Civ. P. 4(a)(1)(C). In addition, Plaintiff failed to present a new summons in the proper form to seek issuance by the Clerk. *See* LCR 4(a).

Accordingly, Plaintiff's request for issuance of a new summons (dkt. # 14) is DENIED. Plaintiff is advised to that she may proceed in this case with the Court's previously issued summons (dkt. # 10) or seek amendment of that summons to update Defendant's address. The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Richard A. Jones.

Dated this 3rd day of March, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2